*EVIDENCE ATTACHED CLERK, ADD All Record Send me Docket!*

# IN THE AKRON MUNICIPAL COURT
## SUMMIT COUNTY, OHIO

*Never was on Record from START*

In the matter of:

696 Carlysle Street
Akron, Ohio 44310

SEARCH WARRANT NO. ?

JUDGE

**JOURNAL ENTRY**

Upon motion and for good cause shown, it is hereby ORDERED that the contents of the affidavit(s) for the search of the above captioned location be sealed until further order of a court having jurisdiction. The Court does find that the sealing of the contents of said warrants is necessary in order to secure the safety of the information source(s) named or referred to in said affidavit(s).

**IT IS SO ORDERED.**

JUDGE
Akron Municipal Court

*2018 JUN 27 AM 11:33
Akron Municipal Court
Jim Laria
Clerk of Courts*

*evidence sealed same day criminal complaint was made 3 hours after Never saw a municipal Judge file Not on Record?*