Willie Benton #65749060
NEOCC
2240 Hubbard rd
Youngstown, OH 44505

Clerk of Courts
United States District Court — Civil Division
Northern District of Ohio
Eastern Division (AKRON) (ADAMS COURT)
2 South Main St
Akron, OH 44308

Filing
42 U.S.C. § 1983
Legal Mail

Please mail docket sheet when filed!
Clerk,
Thank you

IN PERSON